FILED: 9/26/2022 12:42 PM
Vickie Edgerly, District Clerk
Orange County, Texas
Envelope No. 68605855
Reviewed By: Annette Vaughan

CAUSE NO. 220408-C

| | | |
|---|---|---|
| CRYSTAL DAVENPORT | § § § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § § | |
| v. | § § | ORANGE COUNTY, TEXAS |
| BRIAN BONINI and JUST IN TIME SYSTEMS LLC | § § § | |
| *Defendants.* | § § | 260th _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Crystal Davenport ("Plaintiff") complaining of Brian Bonini and Just in Time Systems LLC ("Defendants") and for cause of action respectfully shows the Court and the jury as follows:

### I.
### Nature of Action

1. Plaintiff suffered injuries as a result of being struck by Defendants' vehicle.

### II.
### Discovery Level

2. Discovery in this matter may be conducted under Level 3 of the Texas Rules of Civil Procedure.

### III.
### Jurisdiction and Venue

3. The claims asserted arise under the common law of Texas.

4. Venue is proper in Dallas County, Texas, pursuant to §15.002(a)(1) of the Texas

1

Civil Practice and Remedies Code as all or a substantial part of the events or omissions giving rise to the claim occurred in Orange County, Texas.

5. Plaintiff seeks in excess of $1,000,000.00. Jurisdiction is proper because the amount in controversy exceeds the minimum jurisdictional limits of this Court. This Court has personal jurisdiction over all parties as set out in paragraph IV.

## IV.
## Parties

6. Plaintiff is a resident of Brazoria County, Texas.

7. Defendant BRIAN BONINI ("Defendant Bonini") is a resident of Montana. He may be served with process at his residence 2311 Triple Lane #15, Saint Robert, Montana 65584, or wherever he may be found.

8. Defendant JUST IN TIME SYSTEMS LLC ("Defendant Just in Time Systems") is a Pennsylvania company that may be served through the Texas Secretary of State by mail to 54 E. New Kingstown, PA 17072, or wherever it may be found.

## V.
## Facts

9. On or about August 23, 2022, Plaintiff suffered severe and debilitating injuries as a result of Defendants' negligence. Plaintiff's vehicle was traveling on I-10 east bound in the right lane on the date in question. Defendant Bonini was driving a freightliner owned/operated/insured by Defendant Just in Time Systems on I-10 westbound in the center lane behind Plaintiff's vehicle. A vehicle entered Plaintiff's lane nearly striking her, causing Plaintiff to lose control. Plaintiff's vehicle then struck the right concrete wall and veered to the left across the lanes of travel into the path of Defendants' vehicle. Defendants' vehicle then struck Plaintiff's vehicle in the left side, causing Plaintiff's vehicle to spin and strike the left concrete wall with the back right of Plaintiff's

vehicle. As a proximate result of the collision, Plaintiff suffered severe injuries to her neck, back, shoulders, and other parts of her body.

## VI.
## Causes of Action

**A.**   ***Defendant Bonini's Negligence.***

10. Plaintiff repeats and realleges each allegation contained above.

11. Plaintiff sustained injuries because of Defendant Bonini's negligence when Defendant Bonini's:

- Failed to control his vehicle's speed;
- Failed to operate his vehicle safely;
- Failed to keep a proper lookout;
- Failed to maintain a safe distance; and
- Other acts so deemed negligent.

12. As a result of Defendant Bonini's negligence, Plaintiff suffered severe physical injury. Plaintiff is entitled to recover for her injuries.

**B.**   ***Defendant Just in Time Systems's Negligent Hiring.***

13. Plaintiff repeats and realleges each allegation contained above.

14. Plaintiff sustained injuries as a result of Defendant JUST IN TIME SYSTEMS's negligent hiring because of Defendant JUST IN TIME SYSTEMS's:

- Failure to conduct a reasonable and adequate interview of Brian Bonini as a potential employee.
- Failure to properly follow up on information not provided by Brian Bonini in the interview process.
- Failure to conduct a proper employment and background check.

- Failure to sufficiently investigate Brian Bonini's training, prior employment, criminal record, and past.

- Failure to perform the required screening, testing, and physical of Brian Bonini.

- Failure to adopt proper policies and procedures regarding the interview of a potential employee who will be driving a tractor/trailer on the highways of the State of Texas.

- Such other and further acts of negligence as may be shown in the trial of this cause as discovery progresses.

C. **Defendant Just in Time Systems's Negligent Training.**

15. Plaintiff repeats and realleges each allegation contained above.

16. Plaintiff sustained injuries as a result of Defendant JUST IN TIME SYSTEMS's negligent training because of Defendant JUST IN TIME SYSTEMS's:

- Failure to explain and demonstrate its safety policies and procedures to Brian Bonini.

- Failure to provide the necessary training to Brian Bonini regarding driving this vehicle, vehicle safety, safety classes, how to properly and safely drive the vehicle, the proper method to maintain a vehicle, the proper way and the necessity of keeping the vehicle clean and in proper working order, and in all matters regarding the proper and safe operation of a vehicle and the maintenance of vehicle in various situations.

- Failure to properly train its drivers regarding all aspects of driver safety.

- Failure to train its employees, including Brian Bonini, regarding safe and proper operation of a vehicle such as a person and/or company of ordinary care would have done in the same or similar circumstances.

- Failure to provide and/or require regular follow-up driver education and training.

- Such other and further acts of negligence as may be shown in the trial of this cause as discovery progresses.

**D.**   ***Defendant Just in Time Systems's Negligent Supervision, Retention, and Monitoring.***

17. Plaintiff repeats and realleges each allegation contained above.

18. Plaintiff sustained injuries as a result of Defendant JUST IN TIME SYSTEMS's negligent supervision, retention, and monitoring because of Defendant JUST IN TIME SYSTEMS's:

- Failure to monitor Brian Bonini to make sure that he was complying with policies and procedures.

- Failure to interview and test Brian Bonini to make sure he had read, and was familiar with, understood, and followed the company policies and procedures.

- Failure to implement proper policies and procedures for its employees, including Brian Bonini, regarding driver safety and vehicle safety.

- Failure to document and make a determination regarding fault in the accident made the basis of this suit.

- Failure to supervise Brian Bonini to ensure that he was keeping the vehicle properly maintained.

- Such other and further acts of negligence as may be shown in the trial of this cause as discovery progresses.

**E.**   ***Defendant Just in Time Systems's Negligent Entrustment.***

19. Plaintiff repeats and realleges each allegation contained above.

20. Plaintiff sustained injuries as a result of Defendant JUST IN TIME SYSTEMS's negligent training because Defendant JUST IN TIME SYSTEMS:

- Provided a vehicle to Brian Bonini who was not properly trained and did not have the proper education, background, training, or experience to safely operate the vehicle, and who was an incompetent and/or reckless driver.

## VII.
## Discovery

21. Plaintiff notifies each Defendant that Initial Disclosures are due no later than 30 days after their original answer to this petition is due. Defendant may request Plaintiff to provide Plaintiff's First Set of Discovery Requests in advance of this deadline by emailing the undersigned counsel.

## VIII.
## Prayer

Plaintiff prays for relief and judgment in a monetary amount over $1,000,000.00, as follows:

- Past and future medical damages;
- Past and future loss of earnings;
- Past and future physical pain and suffering and mental anguish;
- Past and future impairment;
- Past and future disfigurement;
- Interest on damages (pre- and post-judgment) in accordance with law;
- Costs of court;
- Costs of copies of depositions; and
- Such other and further relief as the Court may deem just and proper.

## IX.
## Jury Trial Demanded

Plaintiff hereby demands a trial by jury.

Respectfully submitted,

**PIERCE SKRABANEK, PLLC**

*/s/ M. Paul Skrabanek*

---

M. Paul Skrabanek
State Bar No. 24063005
3701 Kirby Drive, Suite 760
Houston, TX 77098
Telephone: 832-690-7000
Facsimile: 832-616-5576
E-mail: paul@pstriallaw.com
service@pstriallaw.com
service@psbfirm.com
**ATTORNEY FOR PLAINTIFF**