| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

CRYSTAL DAVENPORT, §
　§
　　　Plaintiff, §
　§
*versus* § CIVIL ACTION NO. 1:22-CV-469
　§
BRIAN BONINI and JUST IN TIME §
SYSTEMS, LLC, §
　§
　　　Defendants. §

## FINAL JUDGMENT

In light of the parties' failure to submit final settlement papers or move for reinstatement within ninety (90) days of the court's Order of Conditional Dismissal (#25), signed March 13, 2024, this action is dismissed with prejudice. Each party shall bear its own costs of court and attorneys' fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 18th day of June, 2024.

　　　　　　　　　　　　　　　*Marcia A. Crone*
　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE